## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Kari Beeman,

Debtor,

Case No. 22-01202
Chapter 7

Hon. James W. Boyd

_____/

KARI BEEMAN,

Adv. Pro. No.

Plaintiff,

v.

CREDIT ACCEPTANCE CORPORATION, a Michigan Domestic Profit Corporation,

and

Roosen, Varchetti & Olivier, a Michigan Professional Limited Liability company
39541 Garfield Rd.,
Clinton Twp, MI 48038

Defendants.

_____/

Van Hoven & Associates, PLLC
Maureen B. Van Hoven P41326
Attorney for Defendant
501 Baldwin St., Ste 201
Jenison, MI 49428
616-777-0852

_____/

## COMPLAINT TO AVOID AND RECOVER INVOLUNTARY PREFERENTIAL TRANSFER TO CREDITOR CREDIT ACCEPTANCE CORPORATION AND TO RECOVER PROPERTY OF THE BANKRUPTCY ESTATE

Plaintiff, Kari Beeman, through her attorney, complains against Creditor Credit Acceptance Corporation, a Michigan Domestic Profit Corporation, and Roosen, Varchetti & Olivier says:

**Jurisdiction**

1.      This Court has jurisdiction to hear this adversary proceeding under 28 U.S.C. § 1334 and

11 U.S.C. §§ 547 and 550.

2.      This is a core proceeding under 28 U.S.C. § 157(b)(2)(F).

3.      Plaintiff consents to entry of a final judgment by this Court.

**Common Allegations**

4.      Plaintiff, Kari Beeman, is a debtor in Chapter 7 Case No. 22-01202, which was filed on

June 9, 2022.

5.      Defendant, Credit Acceptance Corporation, is a Michigan Domestic Profit Corporation,

whose registered agent is CSC Lawyers Incorporating Service, 2900 WEST ROAD STE 500,

East Lansing, Michigan 48823. Exhibit 1.

6.      Kenneth Booth is the CEO of Credit Acceptance Corporation. Exhibit 2.

7.      Defendant, Roosen, Varchetti & Olivier, is a Michigan Domestic Professional

Corporation, whose registered agent is PAUL E VARCHETTI, and which has its primary place

of business at 39541 Garfield Rd., Clinton Twp, MI 48038. Exhibit 3.

8.      Defendant Midland Funding LLC, through its attorneys Defendant Roosen, Varchetti &

Olivier obtained a money judgment against Plaintiff on August 16, 2018 in the 58th District

Court, Ottawa County, Case No. 18-053952-GC.

9.      From March 11, 2022, through June 3, 2022, Defendant Credit Acceptance Corporation

via Defendant Roosen, Varchetti & Olivier garnished $2,292.73 from Plaintiff's wages.

Attached as Exhibit 4 are copies of Plaintiff's paystubs.

10.     Through counsel, Plaintiff requested the Creditor, by and through Creditor's Counsel, to

turn over the preferential funds by letters dated July 11, 2022 and August 8, 2022. Exhibit 5.

11.    Defendant Credit Acceptance Corporation failed to reply to either letter.

12.    The funds in question were garnished and transmitted Defendant Roosen, Varchetti & Olivier bi-weekly with the last one being withheld on June 3, 2022.

**COUNT I**
**Avoidance of Involuntary Preferential Transfer**

13.    Plaintiff realleges and incorporates paragraphs 1-12 by reference.

14.    The garnisheed wages in the amount of $2,292.73 set forth above constitute a transfer of property of the Plaintiff to or for the benefit of the Creditor, by and through Creditor's counsel, who was a creditor of the Plaintiff.

15.    The garnishments were made for or on account of an antecedent debt owed to Defendant Credit Acceptance Corporation by and through Creditor's counsel.

16.    Plaintiff was presumptively and actually insolvent at the time of the garnishments.

17.    The garnishments were made on or within the 90 days before the Petition date.

18.    By virtue of the garnishments, the Creditor, by and through Creditors counsel, received more than they would have received if the Plaintiff's estate had been liquidated under the Chapter 7, the garnishments had not occurred, and the Creditor had received payment of the debt to the extent permitted by the Bankruptcy Code.

19.    The garnishments constitute avoidable preferences pursuant to 11 U.S.C. § 547(b).

20.    The Plaintiff may avoid the garnished funds to the extent that he exempted the funds because the garnishments are avoidable by the Trustee and the Trustee has not attempted to avoid the garnishments, pursuant to 11 U.S.C. § 522(h).

WHEREFORE, Plaintiff respectfully requests that the Court avoid the $2,292.73 preferential transfers to Creditor Credit Acceptance Corporation, and grant such other relief as it deems just and equitable under the circumstances.

## COUNT II

### Recovery of Involuntary Preferential Transfer

21.     Plaintiff realleges and incorporates paragraphs 1-20 by reference.

22.     The Defendant Roosen, Varchetti & Olivier are an immediate transferee of the withholdings for whose benefit the garnishments were made.

23.     Defendant, Credit Acceptance Corporation, by and through its counsel was the initial transferee or mediate transferee for whose benefit the garnishments were made.

24.     Plaintiff is entitled to recover and exempt the involuntary preferential transfer under 11 U.S.C. §§ 522(g) and (h) because:

(a)     the transfer is avoidable by the trustee under § 547 and the trustee has not attempted to avoid the transfer;

(b)     the transfer was not a voluntary transfer of the debtor's property;

(c)     the debtor did not conceal the property; and

(d)     the debtor could have exempted the funds if the transfer had not been made.

25.     Plaintiff has sufficient exemptions left to cover the preferential transfer, and has listed and exempted the preferential transfer on Schedules B and C.  (Relevant pages of Schedules B and C are attached as Exhibit 5. Debtor scheduled the amount as $873.22 but the actual amount is less, $2,292.73.)

26.     Unless otherwise determined after a trial, the Plaintiff is entitled to recover from Defendant, Credit Acceptance Corporation the sum of $2,292.73, plus interest thereon to the date of payment and the costs of this action, pursuant to 11 U.S.C. § 550(a).

4

27.     Unless otherwise determined after a trial, the Plaintiff is entitled to recover from Defendant, Roosen, Varchetti & Olivier the sum of $2,292.73, plus interest thereon to the date of payment and the costs of this action, pursuant to 11 U.S.C. § 550(a)(2).

WHEREFORE, Plaintiff respectfully requests that the Court permit recovery of the preferential transfer to Defendant, that he be awarded the recovered funds as exempt property, that he be awarded reasonable attorney fees incurred in recovering the same, and that the Court grant such other relief as it deems just and equitable under the circumstances.

Respectfully submitted,

Dated:  October 17, 2022

/s/ Maureen B. Van Hoven
Maureen B. Van Hoven (P-41326)
Attorney for Plaintiff
501 Baldwin St. Ste 201, Jenison, MI 49428
(616) 777-0852
(616) 457-9400 Fax
maureenvh@comcast.net

5

# Exhibit 1



LARA Home   Contact LARA   Online Services   News   MI.gov

**Corporations Online Filing System**
Department of Licensing and Regulatory Affairs

**ID Number: 800020000**

[Request certificate]  [Return to Results]  [New search]

**Summary for: CREDIT ACCEPTANCE CORPORATION**

**The name of the DOMESTIC PROFIT CORPORATION:** CREDIT ACCEPTANCE CORPORATION

**The name was changed from:** AUTO FINANCE CORPORATION **on** 01-26-1977

**Entity type:** DOMESTIC PROFIT CORPORATION

**Identification Number:** 800020000 **Old ID Number:** 020465

**Date of Incorporation in Michigan:** 08/23/1972

**Purpose:** All Purpose Clause

**Term:** Perpetual

**Most Recent Annual Report:** 2022      **Most Recent Annual Report with Officers & Directors:** 2022

**The name and address of the Resident Agent:**

| | | | | |
|---|---|---|---|---|
| Resident Agent Name: | CSC-LAWYERS INCORPORATING SERVICE (COMPANY) | | | |
| Street Address: | 2900 WEST ROAD STE 500 | | | |
| Apt/Suite/Other: | | | | |
| City: | EAST LANSING | State: MI | Zip Code: | 48823 |

**Registered Office Mailing address:**

| | | | | |
|---|---|---|---|---|
| P.O. Box or Street Address: | 25505 W 12 MILE ROAD | | | |
| Apt/Suite/Other: | | | | |
| City: | SOUTHFIELD | State: WA | Zip Code: | 48034 |

**The Officers and Directors of the Corporation:**

| Title | Name | Address |
|---|---|---|
| PRESIDENT | KENNETH S. BOOTH | 25505 WEST 12 MILE ROAD SOUTHFIELD, MI 48034 USA |
| TREASURER | DOUGLAS W. BUSK | 25505 WEST 12 MILE ROAD SOUTHFIELD, MI 48034 USA |
| TREASURER | DOUGLAS W. BUSK | 25505 WEST 12 MILE ROAD SOUTHFIELD, MI 48034 USA |
| SECRETARY | ERIN J. KERBER | 25505 WEST 12 MILE ROAD SOUTHFIELD, MI 48034 USA |
| DIRECTOR | KENNETH S. BOOTH | 25505 WEST 12 MILE ROAD SOUTHFIELD, MI 48034 USA |
| DIRECTOR | GLENDA J. FLANAGAN | 550 BOWIE STREET AUSTIN, TX 78703 USA |
| DIRECTOR | SCOTT J. VASSALLUZZO | 2200 BUTT ROAD SUITE 320 BOCA RATON, FL 33431 USA |
| DIRECTOR | GLENDA J. FLANAGAN | 550 BOWIE STREET AUSTIN, TX 78703 USA |
| DIRECTOR | THOMAS N. TRYFOROS | 21 ASTOR PLACE APT 11C NEW YORK, NY 10003 USA |
| DIRECTOR | VINAYAK R HEGDE | 7357 172ND AVE SE BELLEVUE, MI 98006 USA |

**Act Formed Under:** 327-1931 Michigan General Corporation Act

**Total Authorized Shares:** 81,000,000

☐ **Written Consent**

> **View Assumed Names for this Business Entity**

**View filings for this business entity:**

```
ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
```

**View filings**

**Comments or notes associated with this business entity:**

# Exhibit 2

Sign In

![Credit Acceptance logo]

*We change lives!*

**Start Your Credit Approval**

**Customers** +

  Make a Payment

  Customer Reviews

  What Consumers Should Know

  Your Credit Approval

  Credit Q&A

  Consumer Blog

  Consumer Videos

  Car Buyer Resources

  FAQ

  Your Credit & Privacy

  Financial Education

**Dealers** +

  Become a Dealer

  CAPS® Login

  Dealer Reviews

  Auto Finance Program

  What We Do

  What Makes Us Different

  What Dealers Should Know

# Investor Relations

Investor Relations

Stock Transfer Agent

Reports and Financials

Proxy Materials and Annual Meeting

Stock Price Info

Earnings Calls and Transcripts

Press Releases

Investor Questions

Board Members

Senior Leadership Team

Corporate Governance

Investor Relations – Inquiries

Board of Directors – Inquiries

Environmental, Social & Governance

Account Sign In

Payments, Account Information

Sign in

Create Account

Guest Payment

## Senior Leadership Team

> **Kenneth S. Booth**
> Chief Executive Officer and President, Age 54

> **Douglas W. Busk**
> Chief Treasury Officer, Age 61

> **Erin J. Kerber**
> Chief Legal Officer, Age 42

> **Jonathan L. Lum**
> Chief Operating Officer, Age 46

> **Andrew K. Rostami**
> Chief Marketing and Product Officer, Age 42

> **Wendy A. Rummler**
> Chief People Officer, Age 45

> **Arthur L. Smith**
> Chief Analytics Officer, Age 49

> **Daniel A. Ulatowski**
> Chief Sales Officer, Age 50

Website User Agreement and Privacy Statement

NASDAQ: CACC

Web Accessibility Policy

NMLS ID: 3023

Privacy for California Residents

# Exhibit 3

LARA Home   Contact LARA   Online Services   News   MI.gov

**LARA** Corporations
Online Filing System
Department of Licensing and Regulatory Affairs

---

**ID Number: 801892346**   [Request certificate]   [Return to Results]   [New search]

**Summary for:  ROOSEN, VARCHETTI & OLIVIER, PLLC**

**The name of the DOMESTIC PROFESSIONAL LIMITED LIABILITY COMPANY:**  ROOSEN, VARCHETTI & OLIVIER, PLLC

---

**Entity type:**   DOMESTIC PROFESSIONAL LIMITED LIABILITY COMPANY

**Identification Number:** 801892346  **Old ID Number:** D11087

---

**Date of Organization in Michigan:**   11/30/2006

---

**Term:**   Perpetual

---

**The name and address of the Resident Agent:**

| | |
|---|---|
| Resident Agent Name: | PAUL E VARCHETTI |
| Street Address: | 39541 GARLIELD |
| Apt/Suite/Other: | |
| City: | CLINTON TOWNSHIP    State:  MI    Zip Code:   48038 |

**Registered Office Mailing address:**

P.O. Box or Street Address:

Apt/Suite/Other:

City:                         State:            Zip Code:

---

**Act Formed Under:**   023-1993 Michigan Limited Liability Company Act

---

**Managed By:**

Members

---

[View Assumed Names for this Business Entity]

---

**View filings for this business entity:**

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT
CERTIFICATE OF ASSUMED NAME

[View filings]

---

**Comments or notes associated with this business entity:**

# Exhibit 4

**#201030 - Karl Beeman**
Great Lakes/Great Lakes /131/5862

**Voucher #(2780663)**

**Pay Date: 03/11/2022**
Pay Period: 02/28/2022-03/06/2022

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONMS | | | 100.00 | 400.00 |
| HOL | | | | 157.68 |
| OT | | | | 157.68 |
| REG | 19.71 | 40:00 | 788.40 | 7,884.00 |
| **Gross Pay** | | | **888.40** | **8,599.36** |

### Deductions

| | Goal | Current | YTD |
|---|---|---|---|
| GARN1 | 11,511.89 | 196.69 | 961.44 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 888.40 | 8,599.36 | | |
| FICA | 888.40 | 8,599.36 | 55.08 | 533.16 |
| MEDI | 888.40 | 8,599.36 | 12.88 | 124.67 |
| SIT:MI | 888.40 | 8,599.36 | 33.67 | 324.76 |
| **Total** | | | **101.63** | **982.59** |

### Net Pay

| | | Current | YTD |
|---|---|---|---|
| **Net Pay** | | **590.08** | **6,655.33** |
| | Checking (3667) | 590.08 | 6,655.33 |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 02/28/2022 | | 06:01a | 04:36p | 9:59 |
| Tue, 03/01/2022 | | 05:58a | 04:37p | 10:05 |
| Wed, 03/02/2022 | | 06:03a | 11:56a | 8:00 |
| Thu, 03/03/2022 | | 05:53a | 09:55p | 15:32 |
| Fri, 03/04/2022 | | 06:00a | 05:04p | 9:47 |
| Sun, 03/06/2022 | | 07:03a | 02:15p | 8:00 |

GPM INVESTMENTS, LLC 8565 MAGELLAN PARKWAY SUITE 400, Richmond, VA 23227

1 of 1

---

**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400
Richmond, VA 23227

| Pay Date: | 03/11/2022 |
|---|---|
| Voucher #: | (2780663) |

**Deposited To The Account(s) Of**

Kari Beeman

| | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| | 1 | Checking | XXXXXX3667 | 264171241 | 590.08 |

Great Lakes/Great Lakes /131/5862  201030  03/11/2022  (2780663)

**Kari Beeman**
13920 Pinewood Dr
Grand Haven, MI 49417

**Non-Negotiable – This Is Not A Check**

1
**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400

| #201030 - Kari Beeman | Great Lakes/Great Lakes /131/5862 | | | | Voucher #(2792534) | | Pay Date: 03/18/2022 | Pay Period: 03/07/2022-03/13/2022 | | |

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONMS | | | | 400.00 |
| HOL | | | | 157.68 |
| OT | | | | 157.68 |
| REG | 19.71 | 40:00 | 788.40 | 8,672.40 |
| **Gross Pay** | | | **788.40** | **9,387.76** |

**Timesheet - Continued**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Sat, 03/12/2022 | | 06:18a | 12:59p | 8:00 |
| Sun, 03/13/2022 | | 06:23a | 02:05p | 8:00 |

**Deductions**

| | Goal | Current | YTD |
|---|---|---|---|
| GARN1 | 11,511.89 | 174.67 | 1,136.11 |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 788.40 | 9,387.76 | | |
| FICA | 788.40 | 9,387.76 | 48.88 | 582.04 |
| MEDI | 788.40 | 9,387.76 | 11.43 | 136.10 |
| SIT:MI | 788.40 | 9,387.76 | 29.42 | 354.18 |
| **Total** | | | **89.73** | **1,072.32** |

| **Net Pay** | | **524.00** | **7,179.33** |
|---|---|---|---|
| Checking (3667) | | 524.00 | 7,179.33 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 03/07/2022 | | 05:57a | 04:07p | 10:10 |
| Tue, 03/08/2022 | | 10:32a | 10:00p | 10:09 |
| Wed, 03/09/2022 | | 06:07a | 02:10p | 8:03 |
| Thu, 03/10/2022 | | 06:04a | 04:10p | 9:11 |
| Fri, 03/11/2022 | | 06:11a | 05:30p | 11:19 |
| --More-- | | | | |

GPM INVESTMENTS, LLC 8565 MAGELLAN PARKWAY SUITE 400, Richmond, VA 23227

1 of 1

**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400
Richmond, VA 23227

| Pay Date: | 03/18/2022 |
|---|---|
| Voucher #: | (2792534) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Kari Beeman | 1 | Checking | XXXXXX3667 | 264171241 | 524.00 |

Great Lakes/Great Lakes /131/5862  201030  03/18/2022  (2792534)

**Kari Beeman**
13920 Pinewood Dr
Grand Haven, MI 49417

Non-Negotiable – This Is Not A Check

| #201030 - Kari Beeman | | | | | Voucher #(2804009) | | | Pay Date: 03/25/2022 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Great Lakes/Great Lakes /131/5862 | | | | | | | | Pay Period: 03/14/2022-03/20/2022 | | |

### Earnings

| | Rate | Hours | Current | YTD | | Timesheet - Continued | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Time Off | In | Out | Total |
| BONMS | | | | 400.00 | Sat, 03/19/2022 | | | 06:02a | 02:24p | 8:22 |
| HOL | | | | 157.68 | Sun, 03/20/2022 | | | 06:27a | 02:01p | 8:00 |
| OT | | | | 157.68 | | | | | | |
| REG | 19.71 | 40:00 | 788.40 | 9,460.80 | | | | | | |
| **Gross Pay** | | | **788.40** | **10,176.16** | | | | | | |

### Deductions

| | Goal | Current | YTD |
| --- | --- | --- | --- |
| GARN1 | 11,511.89 | 174.67 | 1,310.78 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
| --- | --- | --- | --- | --- |
| FIT | 788.40 | 10,176.16 | | |
| FICA | 788.40 | 10,176.16 | 48.88 | 630.92 |
| MEDI | 788.40 | 10,176.16 | 11.43 | 147.53 |
| SIT:MI | 788.40 | 10,176.16 | 29.42 | 383.60 |
| **Total** | | | **89.73** | **1,162.05** |

| **Net Pay** | | | **524.00** | **7,703.33** |
| --- | --- | --- | --- | --- |
| Checking (3667) | | | 524.00 | 7,703.33 |

### Timesheet

| | Time Off | In | Out | Total |
| --- | --- | --- | --- | --- |
| Mon, 03/14/2022 | | 06:41a | 03:14p | 8:33 |
| Tue, 03/15/2022 | | 05:59a | 03:09p | 9:10 |
| Wed, 03/16/2022 | | 06:07a | 05:17p | 11:10 |
| Thu, 03/17/2022 | | 06:06a | 02:57p | 8:51 |
| Fri, 03/18/2022 | | 11:00a | 12:00p | 8:00 |
| --More-- | | | | |

GPM INVESTMENTS, LLC 8565 MAGELLAN PARKWAY SUITE 400, Richmond, VA 23227

1 of 1

**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400
Richmond, VA 23227

| | Pay Date: | 03/25/2022 |
| --- | --- | --- |
| | Voucher #: | (2804009) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
| --- | --- | --- | --- | --- | --- |
| Kari Beeman | 1 | Checking | XXXXXX3667 | 264171241 | 524.00 |

Great Lakes/Great Lakes /131/5862 201030 03/25/2022 (2804009)

Kari Beeman
13920 Pinewood Dr
Grand Haven, MI 49417

**Non-Negotiable – This Is Not A Check**

**#201030 - Kari Beeman**
Great Lakes/Great Lakes /131/5862

**Voucher #(2815377)**

**Pay Date: 04/01/2022**
Pay Period: 03/21/2022-03/27/2022

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONMS | | | | 400.00 |
| HOL | | | | 157.68 |
| OT | | | | 157.68 |
| REG | 19.71 | 40:00 | 788.40 | 10,249.20 |
| **Gross Pay** | | | **788.40** | **10,964.56** |

### Timesheet - Continued

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Sat, 03/26/2022 | | 05:59a | 02:19p | 8:20 |
| Sun, 03/27/2022 | | 06:18a | 03:29p | 9:11 |

### Deductions

| | Goal | Current | YTD |
|---|---|---|---|
| GARN1 | 11,511.89 | 174.67 | 1,485.45 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 788.40 | 10,964.56 | | |
| FICA | 788.40 | 10,964.56 | 48.88 | 679.80 |
| MEDI | 788.40 | 10,964.56 | 11.43 | 158.96 |
| SIT:MI | 788.40 | 10,964.56 | 29.42 | 413.02 |
| **Total** | | | **89.73** | **1,251.78** |

### Net Pay

| | | | |
|---|---|---|---|
| **Net Pay** | | **524.00** | **8,227.33** |
| Checking (3667) | | 524.00 | 8,227.33 |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 03/21/2022 | | 06:08a | 03:06p | 8:58 |
| Tue, 03/22/2022 | | 06:05a | 02:58p | 8:53 |
| Wed, 03/23/2022 | | 06:09a | 03:56p | 9:47 |
| Thu, 03/24/2022 | | 05:46a | 04:51p | 11:05 |
| Fri, 03/25/2022 | | 06:01a | 04:13p | 10:12 |

--More--

GPM INVESTMENTS, LLC 8565 MAGELLAN PARKWAY SUITE 400, Richmond, VA 23227

1 of 1

---

**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400
Richmond, VA 23227

| Pay Date: | 04/01/2022 |
|---|---|
| Voucher #: | (2815377) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Kari Beeman | 1 | Checking | XXXXXX3667 | 264171241 | 524.00 |

Great Lakes/Great Lakes /131/5862 201030 04/01/2022 (2815377)

**Kari Beeman**
13920 Pinewood Dr
Grand Haven, MI 49417

**Non-Negotiable - This Is Not A Check**

1
**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400

**#201030 - Kari Beeman**
Great Lakes/Great Lakes /131/5862

**Voucher #(2849637)**

**Pay Date: 04/08/2022**
Pay Period: 03/28/2022-04/03/2022

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONMS | | | | 400.00 |
| HOL | | | | 157.68 |
| OT | | | | 157.68 |
| REG | 19.71 | 40:00 | 788.40 | 11,037.60 |
| **Gross Pay** | | | **788.40** | **11,752.96** |

### Deductions

| | Goal | Current | YTD |
|---|---|---|---|
| GARN1 | 11,511.89 | 174.67 | 1,660.12 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 788.40 | 11,752.96 | | |
| FICA | 788.40 | 11,752.96 | 48.88 | 728.68 |
| MEDI | 788.40 | 11,752.96 | 11.43 | 170.39 |
| SIT:MI | 788.40 | 11,752.96 | 29.42 | 442.44 |
| **Total** | | | **89.73** | **1,341.51** |

### Net Pay

| | | Current | YTD |
|---|---|---|---|
| **Net Pay** | | **524.00** | **8,751.33** |
| | Checking (3667) | 524.00 | 8,751.33 |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Tue, 03/29/2022 | | 06:01a | 03:47p | 9:46 |
| Wed, 03/30/2022 | | 06:00a | 04:20p | 10:20 |
| Thu, 03/31/2022 | | 05:52a | 04:12p | 10:20 |
| Fri, 04/01/2022 | | 06:16a | 04:17p | 10:01 |
| Sat, 04/02/2022 | | 09:38a | 12:34p | 8:00 |
| Sun, 04/03/2022 | | 09:38a | 02:27p | 8:00 |

GPM INVESTMENTS, LLC 8565 MAGELLAN PARKWAY SUITE 400, Richmond, VA 23227

1 of 1

---

**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400
Richmond, VA 23227

| Pay Date: | 04/08/2022 |
|---|---|
| Voucher #: | (2849637) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Kari Beeman | 1 | Checking | XXXXXXX3667 | 264171241 | 524.00 |

Great Lakes/Great Lakes /131/5862  201030  04/08/2022  (2849637)

**Kari Beeman**
13920 Pinewood Dr
Grand Haven, MI 49417

**Non-Negotiable - This Is Not A Check**

| #201030 - Kari Beeman | Voucher #(2861060) | Pay Date: 04/15/2022 |
|---|---|---|
| Great Lakes/Great Lakes /131/5862 | | Pay Period: 04/04/2022-04/10/2022 |

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONMS | | | | 400.00 |
| HOL | | | | 157.68 |
| OT | | | | 157.68 |
| REG | 19.71 | 40:00 | 788.40 | 11,826.00 |
| **Gross Pay** | | | **788.40** | **12,541.36** |

**Deductions**

| | | Goal | Current | YTD |
|---|---|---|---|---|
| GARN1 | | 11,511.89 | 174.67 | 1,834.79 |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 788.40 | 12,541.36 | | |
| FICA | 788.40 | 12,541.36 | 48.88 | 777.56 |
| MEDI | 788.40 | 12,541.36 | 11.43 | 181.82 |
| SIT:MI | 788.40 | 12,541.36 | 29.42 | 471.86 |
| **Total** | | | **89.73** | **1,431.24** |

| **Net Pay** | | **524.00** | **9,275.33** |
|---|---|---|---|
| | Checking (3667) | 524.00 | 9,275.33 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Tue, 04/05/2022 | | 06:01a | 04:11p | 10:10 |
| Wed, 04/06/2022 | | 06:33a | 04:42p | 10:09 |
| Thu, 04/07/2022 | | 06:30a | 05:26p | 10:17 |
| Sat, 04/09/2022 | | 06:33a | 04:46p | 10:13 |
| Sun, 04/10/2022 | | 06:31a | 12:00p | 8:00 |

GPM INVESTMENTS, LLC 8565 MAGELLAN PARKWAY SUITE 400, Richmond, VA 23227

1 of 1

**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400
Richmond, VA 23227

| Pay Date: | 04/15/2022 |
|---|---|
| Voucher #: | (2861060) |

| **Deposited To The Account(s) Of** | Deposit # | Account Type | Account # | Transit ABA | **Deposit** |
|---|---|---|---|---|---|
| Kari Beeman | 1 | Checking | XXXXXX3667 | 264171241 | 524.00 |

Great Lakes/Great Lakes /131/5862 201030 04/15/2022  (2861060)

**Kari Beeman**
13920 Pinewood Dr
Grand Haven, MI 49417

**Non-Negotiable – This Is Not A Check**

| #201030 - Kari Beeman | | | | Voucher #(2872577) | | | Pay Date: 04/22/2022 |
| Great Lakes/Great Lakes /131/5862 | | | | | | | Pay Period: 04/11/2022-04/17/2022 |

| Earnings | | | | | | Timesheet - Continued | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Hours | Current | YTD | | | Time Off | In | Out | Total |
| BONMS | | | | 400.00 | | Fri, 04/15/2022 | | 10:56p | 01:24a | 2:28 |
| HOL | | | | 157.68 | | Sat, 04/16/2022 | | 02:05p | 03:28p | 6:22 |
| OT | | | | 157.68 | | Sat, 04/16/2022 | | 08:47p | 10:25p | 1:38 |
| REG | 19.71 | 40:00 | 788.40 | 12,614.40 | | | | | | |
| **Gross Pay** | | | **788.40** | **13,329.76** | | | | | | |

| Deductions | | | | |
|---|---|---|---|---|
| | | Goal | Current | YTD |
| GARN1 | | 11,511.89 | 174.67 | 2,009.46 |

| Taxes Withheld | | | | |
|---|---|---|---|---|
| | Taxable | Taxable YTD | Current | YTD |
| FIT | 788.40 | 13,329.76 | | |
| FICA | 788.40 | 13,329.76 | 48.89 | 826.45 |
| MEDI | 788.40 | 13,329.76 | 11.43 | 193.25 |
| SIT:MI | 788.40 | 13,329.76 | 29.42 | 501.28 |
| **Total** | | | **89.74** | **1,520.98** |

| Net Pay | | | |
|---|---|---|---|
| | | **523.99** | **9,799.32** |
| Checking (3667) | | 523.99 | 9,799.32 |

| Timesheet | | | | |
|---|---|---|---|---|
| | Time Off | In | Out | Total |
| Mon, 04/11/2022 | | 06:29a | 04:16p | 9:47 |
| Tue, 04/12/2022 | | 06:39a | 04:27p | 9:48 |
| Wed, 04/13/2022 | | 06:22a | 03:34p | 9:12 |
| Thu, 04/14/2022 | | 06:15a | 03:13p | 8:58 |
| Fri, 04/15/2022 | | 07:02a | 03:10p | 8:08 |
| --More-- | | | | |

GPM INVESTMENTS, LLC 8565 MAGELLAN PARKWAY SUITE 400, Richmond, VA 23227

1 of 1

---

**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400
Richmond, VA 23227

| Pay Date: | 04/22/2022 |
|---|---|
| Voucher #: | (2872577) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Kari Beeman | 1 | Checking | XXXXXX3667 | 264171241 | 523.99 |

Great Lakes/Great Lakes /131/5862   201030   04/22/2022   (2872577)

**Kari Beeman**
13920 Pinewood Dr
Grand Haven, MI 49417

**Non-Negotiable - This Is Not A Check**

1
**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400

**#201030 - Karl Beeman**
Great Lakes/Great Lakes /131/5862

**Voucher #(2883971)**

Pay Date: 04/29/2022
Pay Period: 04/18/2022-04/24/2022

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONMS | | | | 400.00 |
| HOL | | | | 157.68 |
| OT | | | | 157.68 |
| REG | 19.71 | 40:00 | 788.40 | 13,402.80 |
| **Gross Pay** | | | **788.40** | **14,118.16** |

**Deductions**

| | | Goal | Current | YTD |
|---|---|---|---|---|
| GARN1 | | 11,511.89 | 174.67 | 2,184.13 |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 788.40 | 14,118.16 | | |
| FICA | 788.40 | 14,118.16 | 48.88 | 875.33 |
| MEDI | 788.40 | 14,118.16 | 11.43 | 204.68 |
| SIT:MI | 788.40 | 14,118.16 | 29.42 | 530.70 |
| **Total** | | | **89.73** | **1,610.71** |

| **Net Pay** | | | **524.00** | **10,323.32** |
|---|---|---|---|---|
| Checking (3667) | | | 524.00 | 10,323.32 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 04/18/2022 | | 06:28a | 04:55p | 10:27 |
| Tue, 04/19/2022 | | 06:35a | 05:02p | 10:27 |
| Wed, 04/20/2022 | | 06:45a | 04:25p | 9:40 |
| Thu, 04/21/2022 | | 06:40a | 04:53p | 10:13 |
| Fri, 04/22/2022 | | 06:42a | 05:41p | 10:59 |

GPM INVESTMENTS, LLC 8565 MAGELLAN PARKWAY SUITE 400, Richmond, VA 23227

1 of 1

**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400
Richmond, VA 23227

| Pay Date: | 04/29/2022 |
|---|---|
| Voucher #: | (2883971) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Kari Beeman | 1 | Checking | XXXXXXX3667 | 264171241 | 524.00 |

Great Lakes/Great Lakes /131/5862  201030  04/29/2022  (2883971)

**Kari Beeman**
13920 Pinewood Dr
Grand Haven, MI 49417

**Non-Negotiable - This Is Not A Check**

1
GPM INVESTMENTS, LLC
8565 MAGELLAN PARKWAY SUITE 400

**#201030 - Kari Beeman**
Great Lakes/Great Lakes /131/5862

**Voucher #(2895383)**

**Pay Date: 05/06/2022**
Pay Period: 04/25/2022-05/01/2022

### Earnings

|  | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONMS |  |  |  | 400.00 |
| HOL |  |  |  | 157.68 |
| OT |  |  |  | 157.68 |
| REG | 19.71 | 40:00 | 788.40 | 14,191.20 |
| **Gross Pay** |  |  | **788.40** | **14,906.56** |

### Deductions

|  | Goal | Current | YTD |
|---|---|---|---|
| GARN1 | 11,511.89 | 174.67 | 2,358.80 |

### Taxes Withheld

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 788.40 | 14,906.56 |  |  |
| FICA | 788.40 | 14,906.56 | 48.88 | 924.21 |
| MEDI | 788.40 | 14,906.56 | 11.43 | 216.11 |
| SIT:MI | 788.40 | 14,906.56 | 29.42 | 560.12 |
| **Total** |  |  | **89.73** | **1,700.44** |

| **Net Pay** |  | **524.00** | **10,847.32** |
|---|---|---|---|
| Checking (3667) |  | 524.00 | 10,847.32 |

### Timesheet

|  | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 04/25/2022 |  | 05:23a | 03:56p | 10:33 |
| Tue, 04/26/2022 |  | 06:00a | 03:18p | 9:18 |
| Wed, 04/27/2022 |  | 05:59a | 03:58p | 9:59 |
| Thu, 04/28/2022 |  | 05:55a | 06:24p | 12:29 |
| Fri, 04/29/2022 |  | 08:06a | 04:03p | 8:00 |
| Sun, 05/01/2022 |  | 10:02a | 01:14p | 8:00 |

GPM INVESTMENTS, LLC 8565 MAGELLAN PARKWAY SUITE 400, Richmond, VA 23227

1 of 1

---

**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400
Richmond, VA 23227

| Pay Date: | 05/06/2022 |
|---|---|
| Voucher #: | (2895383) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Kari Beeman | 1 | Checking | XXXXXX3667 | 264171241 | 524.00 |

Great Lakes/Great Lakes /131/5862  201030  05/06/2022  (2895383)

**Kari Beeman**
13920 Pinewood Dr
Grand Haven, MI 49417

**Non-Negotiable - This Is Not A Check**

| #201030 - Kari Beeman | | | | Voucher #(2906907) | | | Pay Date: 05/13/2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| Great Lakes/Great Lakes /131/5862 | | | | | | | Pay Period: 05/02/2022-05/08/2022 | | |

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONMS | | | | 400.00 |
| HOL | | | | 157.68 |
| OT | | | | 157.68 |
| REG | 19.71 | 40:00 | 788.40 | 14,979.60 |
| **Gross Pay** | | | **788.40** | **15,694.96** |

**Deductions**

| | | Goal | Current | YTD |
|---|---|---|---|---|
| GARN1 | | 11,511.89 | 174.67 | 2,533.47 |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 788.40 | 15,694.96 | | |
| FICA | 788.40 | 15,694.96 | 48.88 | 973.09 |
| MEDI | 788.40 | 15,694.96 | 11.43 | 227.54 |
| SIT:MI | 788.40 | 15,694.96 | 29.42 | 589.54 |
| **Total** | | | **89.73** | **1,790.17** |

| **Net Pay** | | | **524.00** | **11,371.32** |
|---|---|---|---|---|
| Checking (3667) | | | 524.00 | 11,371.32 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 05/02/2022 | | 05:52a | 03:57p | 10:05 |
| Tue, 05/03/2022 | | 06:08a | 03:32p | 9:24 |
| Tue, 05/03/2022 | | 08:31p | 11:30p | 2:59 |
| Wed, 05/04/2022 | | 07:50a | 04:07p | 8:17 |
| Thu, 05/05/2022 | | 06:35a | 03:38p | 9:03 |
| --More-- | | | | |

**Timesheet - Continued**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Fri, 05/06/2022 | | 06:10a | 03:49p | 9:39 |
| Sun, 05/08/2022 | | 10:32a | 12:19p | 8:00 |

GPM INVESTMENTS, LLC 8565 MAGELLAN PARKWAY SUITE 400, Richmond, VA 23227

1 of 1

---

**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400
Richmond, VA 23227

| Pay Date: | 05/13/2022 |
|---|---|
| Voucher #: | (2906907) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Kari Beeman | 1 | Checking | XXXXXX3667 | 264171241 | 524.00 |

Great Lakes/Great Lakes /131/5862  201030  05/13/2022   (2906907)

**Kari Beeman**
13920 Pinewood Dr
Grand Haven, MI 49417

**Non-Negotiable – This Is Not A Check**

1
**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400

**#201030 - Kari Beeman**
Great Lakes/Great Lakes /131/5862

Voucher #(2918429)

**Pay Date: 05/20/2022**
Pay Period: 05/09/2022-05/15/2022

### Earnings

|  | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONMS |  |  |  | 400.00 |
| HOL |  |  |  | 157.68 |
| OT |  |  |  | 157.68 |
| REG | 19.71 | 40:00 | 788.40 | 15,768.00 |
| **Gross Pay** |  |  | **788.40** | **16,483.36** |

### Deductions

|  | Goal | Current | YTD |
|---|---|---|---|
| GARN1 | 11,511.89 | 174.67 | 2,708.14 |

### Taxes Withheld

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 788.40 | 16,483.36 |  |  |
| FICA | 788.40 | 16,483.36 | 48.88 | 1,021.97 |
| MEDI | 788.40 | 16,483.36 | 11.43 | 238.97 |
| SIT:MI | 788.40 | 16,483.36 | 29.42 | 618.96 |
| **Total** |  |  | **89.73** | **1,879.90** |

### Net Pay

|  |  | Current | YTD |
|---|---|---|---|
| **Net Pay** |  | **524.00** | **11,895.32** |
| Checking (3667) |  | 524.00 | 11,895.32 |

### Timesheet

|  | Time Off | In | Out | Total |
|---|---|---|---|---|
| Tue, 05/10/2022 |  | 05:39a | 04:02p | 10:23 |
| Wed, 05/11/2022 |  | 05:42a | 03:57p | 10:15 |
| Thu, 05/12/2022 |  | 05:47a | 03:59p | 10:12 |
| Fri, 05/13/2022 |  | 05:45a | 04:00p | 10:15 |
| Sat, 05/14/2022 |  | 06:07a | 02:38p | 8:31 |

GPM INVESTMENTS, LLC 8565 MAGELLAN PARKWAY SUITE 400, Richmond, VA 23227

1 of 1

---

**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400
Richmond, VA 23227

| Pay Date: | 05/20/2022 |
|---|---|
| Voucher #: | (2918429) |

**Deposited To The Account(s) Of**
Kari Beeman

| Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|
| 1 | Checking | XXXXXX3667 | 264171241 | 524.00 |

Great Lakes/Great Lakes /131/5862  201030  05/20/2022  (2918429)

**Kari Beeman**
13920 Pinewood Dr
Grand Haven, MI 49417

**Non-Negotiable - This Is Not A Check**

1
**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400

| #201030 - Kari Beeman | | | | Voucher #(2929851) | Pay Date: 05/27/2022 |
| --- | --- | --- | --- | --- | --- |
| Great Lakes/Great Lakes /131/5862 | | | | | Pay Period: 05/16/2022-05/22/2022 |

**Earnings**

| | Rate | Hours | Current | YTD |
| --- | --- | --- | --- | --- |
| BONMS | | | | 400.00 |
| HOL | | | | 157.68 |
| OT | | | | 157.68 |
| REG | 19.71 | 40:00 | 788.40 | 16,556.40 |
| **Gross Pay** | | | **788.40** | **17,271.76** |

**Deductions**

| | Goal | Current | YTD |
| --- | --- | --- | --- |
| GARN1 | 11,511.89 | 174.67 | 2,882.81 |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
| --- | --- | --- | --- | --- |
| FIT | 788.40 | 17,271.76 | | |
| FICA | 788.40 | 17,271.76 | 48.88 | 1,070.85 |
| MEDI | 788.40 | 17,271.76 | 11.43 | 250.40 |
| SIT:MI | 788.40 | 17,271.76 | 29.42 | 648.38 |
| **Total** | | | **89.73** | **1,969.63** |

**Net Pay**

| | | Current | YTD |
| --- | --- | --- | --- |
| | | **524.00** | **12,419.32** |
| Checking (3667) | | 524.00 | 12,419.32 |

**Timesheet**

| | Time Off | In | Out | Total |
| --- | --- | --- | --- | --- |
| Mon, 05/16/2022 | | 06:17a | 03:00p | 8:43 |
| Tue, 05/17/2022 | | 06:04a | 05:25p | 11:21 |
| Wed, 05/18/2022 | | 06:12a | 03:35p | 9:23 |
| Thu, 05/19/2022 | | 12:47p | 02:04p | 8:00 |
| Sat, 05/21/2022 | | 06:09a | 03:04p | 8:55 |

GPM INVESTMENTS, LLC 8565 MAGELLAN PARKWAY SUITE 400, Richmond, VA 23227

1 of 1

**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400
Richmond, VA 23227

| Pay Date: | 05/27/2022 |
| --- | --- |
| Voucher #: | (2929851) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
| --- | --- | --- | --- | --- | --- |
| Kari Beeman | 1 | Checking | XXXXXX3667 | 264171241 | 524.00 |

Great Lakes/Great Lakes /131/5862  201030  05/27/2022  (2929851)

**Kari Beeman**
13920 Pinewood Dr
Grand Haven, MI 49417

**Non-Negotiable - This Is Not A Check**

1
**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400

**#201030 - Kari Beeman**
Great Lakes/Great Lakes /131/5862

**Voucher #(2941383)**

**Pay Date: 06/03/2022**
Pay Period: 05/23/2022-05/29/2022

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONMS | | | | 400.00 |
| HOL | | | | 157.68 |
| OT | | | | 157.68 |
| REG | 19.71 | 40:00 | 788.40 | 17,344.80 |
| **Gross Pay** | | | **788.40** | **18,060.16** |

### Deductions

| | | Goal | Current | YTD |
|---|---|---|---|---|
| GARN1 | | 11,511.89 | 174.67 | 3,057.48 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 788.40 | 18,060.16 | | |
| FICA | 788.40 | 18,060.16 | 48.88 | 1,119.73 |
| MEDI | 788.40 | 18,060.16 | 11.43 | 261.83 |
| SIT:MI | 788.40 | 18,060.16 | 29.42 | 677.80 |
| **Total** | | | **89.73** | **2,059.36** |

### Net Pay

| | | | Current | YTD |
|---|---|---|---|---|
| **Net Pay** | | | **524.00** | **12,943.32** |
| | Checking (3667) | | 524.00 | 12,943.32 |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 05/23/2022 | | 05:10a | 02:49p | 9:39 |
| Tue, 05/24/2022 | | 04:55a | 02:29p | 9:34 |
| Wed, 05/25/2022 | | 05:50a | 03:10p | 9:20 |
| Thu, 05/26/2022 | | 06:02a | 02:10p | 8:08 |
| Fri, 05/27/2022 | | 06:41a | 12:00p | 8:00 |

GPM INVESTMENTS, LLC 8565 MAGELLAN PARKWAY SUITE 400, Richmond, VA 23227

1 of 1

**GPM INVESTMENTS, LLC**
8565 MAGELLAN PARKWAY SUITE 400
Richmond, VA 23227

| Pay Date: | 06/03/2022 |
|---|---|
| Voucher #: | (2941383) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Kari Beeman | 1 | Checking | XXXXXXX3667 | 264171241 | 524.00 |

Great Lakes/Great Lakes /131/5862 201030 06/03/2022 (2941383)

**Kari Beeman**
13920 Pinewood Dr
Grand Haven, MI 49417

**Non-Negotiable - This Is Not A Check**

# Exhibit 5

# West Michigan Law Center

501 Baldwin St. Ste 201
Jenison, Michigan 49428
Phone: 616-777-0852
Fax: 616-457-9400
maureenvh@comcast.net

*Maureen B. Van Hoven*
*Attorney at Law*

July 11, 2022

Credit Acceptance Corporation
PO Box 5070
Southfield, MI 48086

> Re:    Credit Acceptance Corporation v Bowen
> Bankruptcy Case No: 22-01202

Dear Credit Acceptance Corporation:

On June 9, 2022, Kari Beeman (FKA Kari Bowen) filed for bankruptcy protection. Your client is listed on the matrix.

You garnished Ms. Beeman's wages in the amount of $2,292.73 within 90 of when she filed for Bankruptcy Protection. We scheduled the garnished amount and exempted it. You also garnished her Michigan State Tax Refund in the amount of $622. We look forward to receiving a check for $2,914.73 in the next two weeks.

If you have any questions or concerns, please feel free to contact me.

Sincerely,

Maureen Van Hoven

## West Michigan Law Center

501 Baldwin St. Ste 201
Jenison, Michigan 49428
Phone: 616-777-0852
Fax: 616-457-9400
maureenvh@comcast.net

*Maureen B. Van Hoven*
*Attorney at Law*

August 8, 2022

Credit Acceptance Corporation
PO Box 5070
Southfield, MI 48086

    Re:  Credit Acceptance Corporation v Bowen
        Bankruptcy Case No: 22-01202

Dear Credit Acceptance Corporation:

    I wrote to you on July 11, 2022 but have not yet received a check. On June 9, 2022, Kari Beeman (FKA Kari Bowen) filed for bankruptcy protection. Your client is listed on the matrix.

    You garnished Ms. Beeman's wages in the amount of $2,292.73 within 90 of when she filed for Bankruptcy Protection. We scheduled the garnished amount and exempted it. You also garnished her Michigan State Tax Refund in the amount of $622. We look forward to receiving a check for $2,914.73 by return mail. Otherwise, I will file an Adversary.

    If you have any questions or concerns, please feel free to contact me.

Sincerely,

Maureen Van Hoven